IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KRAZE BURGER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-717 |
| | ) |
| KRAZE INTERNATIONAL, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 19, 2023, in response to Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).

Based on a *de novo* review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that a total judgment be entered against Defendant Il Seon Noh in the amount of $750,000, with post-judgment interest to accrue at a rate of six percent (6%) per annum from February 13, 2019 until paid, costs in the amount of $2,665, and reasonable attorneys' fees. It is further ORDERED that the entry

1

of default against Defendant Kraze International, Inc. is set aside and that the claims against it are DISMISSED without prejudice.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July  5 , 2023