IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KRAZE BURGER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-717 |
| | ) |
| KRAZE INTERNATIONAL, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Plaintiff's Affidavits of Attorneys' Fees and Costs.

Following the Proposed Findings of Fact and Recommendations by the Magistrate Judge, Plaintiff filed Affidavits of Attorneys' Fees by Alexandros K. Mitrakas and Richard F. MacDowell, Jr. in its Reply to its Memorandum in Support of Motion for Default Judgment. Plaintiff provided detailed time entries as to the attorneys' fees.

In calculating attorneys' fees, "a court must first determine a lodestar figure by multiplying the number of reasonable hours expended time a reasonable rate." Robinson v. Equifax Info. Servs., LLC, 560 F.3d 235, 243 (4th Cir. 2009) (citing Grissom v. The Mills Corp., 549 F.3d 313, 320 (4th Cir.

1

2008)). The Fourth Circuit provides twelve factors in determining the reasonable number of hours and rate:

> (1) the time and labor expended; (2) the novelty and difficulty of the questions raised; (3) the skill required to properly perform the legal services rendered; (4) the attorney's opportunity costs in pressing the instant litigation; (5) the customary fee for like work; (6) the attorney's expectations at the outset of the litigation; (7) the time limitations imposed by the client or circumstances; (8) the amount in controversy and the results obtained; (9) the experience, reputation and ability of the attorney; (10) the undesirability of the case within the legal community in which the suit arose; (11) the nature and length of the professional relationship between attorney and client; and (12) attorneys' fees awards in similar cases.

Id. (citing Barber v. Kimbrell's Inc., 577 F.2d 216, 226 n.28 (4th Cir. 1978)). The Federal Rules of Civil Procedure do provide that the prevailing party is entitled to an award of costs incurred unless a federal statute, the Federal Rules of Civil Procedure, or a court order provides otherwise. Fed. R. Civ. P. 54(d)(1).

The Court has reviewed both of Plaintiff's Affidavits on Attorneys' Fees and Costs, and having considered the factors laid out by the Fourth Circuit in Robinson, finds that Plaintiff's attorneys' fees and costs are reasonable. The hourly rates charged for attorneys Alexandros K. Mitrakas ($400.00) and Richard F. MacDowell, Jr. ($450.00 for Mr. MacDowell and $400 for assisting-counsel Bhavik Patel) are consistent with hourly rates charged by attorneys of the same level of experience in

the Northern Virginia area. Further, the time spent by counsel on this matter appears to be reasonable under the circumstances. Accordingly, it is hereby

ORDERED that the Plaintiff is awarded attorneys' fees and costs of $8,080.00 in total to Alexandros K. Mitrakas and $7,137.10 in total to Richard F. MacDowell, Jr.

                                          /s/ Claude M. Hilton
                                          CLAUDE M. HILTON
                                          UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 6, 2023